AO91 (Rev. 10/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

**SOUTHERN** _____ DISTRICT OF _____

DEC 0 1 2006
TEXAS

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.

Florencia Argentina Lopez

**CRIMINAL COMPLAINT**

Case Number: H-06-834M

(Name and Address of Defendant)

I, the undersigned complainant, state that the following is true and correct to the best of my

knowledge and belief. On or about __November 23, 2006__ in _____ Harris _____ County, in
(Date)

the Southern District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*

corruptly obstruct or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States,

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1505 _____ .

I further state that I am a(n) _____ Special Agent _____ and that this complaint is based on the
Official Title

facts related in the affidavit attached hereto and made a part of this complaint.

See Attached Affidavit

_____
Signature of Complainant

Maria A. Gallais
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 1, 2006 @ 10:01 AM _____ at    Houston, Texas
Date                                                         City and State

Calvin Botley, United States Magistrate Judge _____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Maria A. Gallais, being duly sworn, depose and state:

1.      I am a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Office of the Special Agent in Charge (SAC), Houston, Texas.  I have been so employed since May 2005.  I was previously employed for three years as a United States Immigration Inspector.  I have specialized knowledge of immigration laws, and alien smuggling methods perpetrated to circumvent those laws.  I have gained this knowledge as a result of both professional training and the professional experience described above. The information contained in this affidavit is based upon my knowledge, experience, and training in immigration investigations, and the training and experience of other law enforcement officers with whom I have had discussions.

2.      This affidavit is made in support of a criminal complaint charging Florencia Argentina LOPEZ with violations of Title 18 U.S.C. § 1505, which makes it a crime to corruptly obstruct or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States.

3.      I am familiar with the information contained in this Affidavit based upon the investigation I have conducted and based upon my conversations with other law enforcement officers who have engaged in investigations involving the obstruction of justice.

4.      Because this Affidavit is being submitted for the limited purpose of securing a

AO91 (Rev. 10/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

**SOUTHERN**      DISTRICT OF      **TEXAS**

DEC 0 1 2006

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.

Florencia Argentina Lopez
9450 Woodfair Drive, Apartment 1904
Houston, Texas  77036

**CRIMINAL COMPLAINT**

Case Number: *H-06-834M*

(Name and Address of Defendant)

I, the undersigned complainant, state that the following is true and correct to the best of my

knowledge and belief.  On or about   <u>November 23, 2006</u> in      <u>Harris</u>      County, in
                                              (Date)

the Southern District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*

corruptly obstruct or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States,

in violation of Title      <u>18</u>      United States Code, Section(s)      <u>1505</u>      .

I further state that I am a(n)      <u>Special Agent</u>      and that this complaint is based on the
                                            Official Title

facts related in the affidavit attached hereto and made a part of this complaint.

     See Attached Affidavit

Signature of Complainant

<u>Maria A. Gallais</u>
Printed Name of Complainant

Sworn to before me and signed in my presence,

<u>December 1, 2006 @ 10:01 AM</u>      at      <u>Houston, Texas</u>
Date                                                     City and State

<u>Calvin Botley, United States Magistrate Judge</u>
Name and Title of Judicial Officer             Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Maria A. Gallais, being duly sworn, depose and state:

1.      I am a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Office of the Special Agent in Charge (SAC), Houston, Texas. I have been so employed since May 2005. I was previously employed for three years as a United States Immigration Inspector. I have specialized knowledge of immigration laws, and alien smuggling methods perpetrated to circumvent those laws. I have gained this knowledge as a result of both professional training and the professional experience described above. The information contained in this affidavit is based upon my knowledge, experience, and training in immigration investigations, and the training and experience of other law enforcement officers with whom I have had discussions.

2.      This affidavit is made in support of a criminal complaint charging Florencia Argentina LOPEZ with violations of Title 18 U.S.C. § 1505, which makes it a crime to corruptly obstruct or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States.

3.      I am familiar with the information contained in this Affidavit based upon the investigation I have conducted and based upon my conversations with other law enforcement officers who have engaged in investigations involving the obstruction of justice.

4.      Because this Affidavit is being submitted for the limited purpose of securing a

Page 1 of 5

Affidavit for Criminal Complaint
Affiant, Maria A. Gallais, ICE

criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that a violation of Title 18 U.S.C. § 1505 was committed by Florencia Argentina LOPEZ on or about November 23, 2006.

5.        On or about November 20, 2006, ICE began a criminal investigation involving alien harboring in which two aliens were beaten to death. The deaths occurred in a warehouse leased and operated by Wilmar DURAN-Gomez.

6.        On November 21, 2006 at approximately 6:20 p.m., ICE agents took DURAN into custody while he was attempting to depart his residence, located at 7614 Cortina Drive, Houston, Texas. The investigation had revealed that DURAN, although a legal permanent resident, is amenable to deportation from the United States based on a prior criminal history. Also taken into custody was Guillermina LUCAS-Cayetano, an illegal alien who identified herself as DURAN's girlfriend for the last two months. Agents subsequently discovered that the true name of Guillermina LUCAS-Cayetano is Diana Soledad CALDAS-Guevara.

7.        ICE agents looked through windows of the residence and noticed an open spiral notebook laying on a coffee table in the living room in plain view. I know that alien smugglers often keep records of the aliens they have smuggled in such notebooks and that these records are commonly referred to as "pollo lists".

Affidavit for Criminal Complaint
Affiant, Maria A. Gallais, ICE

8. On November 24, 2006, a search warrant was executed at DURAN's residence, located at 7614 Cortina Drive, Houston, Texas. Before entry, agents and officers serving the warrant noticed that a window was broken in the back door of the residence. Upon entry, agents and officers noticed indications that someone had previously entered the residence and removed items. A computer was missing from an upstairs office. The keyboard and printer were still present, but the CPU and monitor had been removed. The notebook that agents had seen lying on the living room coffee table at the time of DURAN's arrest was also missing. Two vehicles, a tan Chevrolet Tahoe and a white Chevrolet Suburban, which were left at the residence after DURAN's arrest were also gone. The search warrant did yield a number of documents including "pollo lists" and other items, which are evidence of DURAN's alien smuggling activities.

9. On November 24, 2006, ICE agents interviewed DURAN's neighbor. The neighbor stated that on the previous day, the burglar alarm at DURAN's residence had been activated and was audible. The neighbor stated that a Hispanic female and a black male had been seen removing items from the residence. The neighbor spoke to the Hispanic female and asked her if there were any problems. The Hispanic female told the neighbor that she had forgotten her keys and could not turn off the burglar alarm.

10. On November 24, 2006, while agents were executing the warrant at 7614 Cortina, other agents located the tan Chevrolet Tahoe and the white Chevrolet Suburban in the parking lot of an apartment complex located at 10101 West Sam Houston Parkway South, Houston, Texas. Judith A. Lopez resided in apartment number 613 of this complex and she is the half sister of DURAN.

Page 3 of 5

Affidavit for Criminal Complaint
Affiant, Maria A. Gallais, ICE

11.  On November 27, 2006, ICE agents again interviewed DURAN's neighbor regarding the events described in paragraph 9 of this Affidavit. DURAN's neighbor positively identified a photograph of Judith A. Lopez as the Hispanic female with whom she had spoken at DURAN's residence and who had removed items from the house.

12.  On November 27, 2006, ICE agents executed a federal search warrant at 10101 West Sam Houston Parkway South, Apartment 613, Houston, Texas. Upon entering the apartment, agents discovered that all furniture and personal items had been removed from the apartment. Agents subsequently learned from the apartment complex manager that Judith Lopez vacated her apartment on or about November 24, 2006.

13.  On November 29, 2006, ICE Agent Gerardo Miranda reviewed recorded telephone calls made by DURAN from the Corrections Corporation of America, the detention facility at which DURAN is being held. Some of DURAN's telephone calls were made in the Spanish language. Agent Miranda translated them for the purposes of the investigation. Agent Miranda reviewed a recorded call placed by DURAN on November 23, 2006 at approximately 1605 hours. The call was placed to his mother, Florencia Argentina LOPEZ, who was in the presence of Yvette Aragon, Judith Lopez, and Luis LNU. Yvette Aragon has been identified as Wilmar DURAN's ex-girlfriend. Luis LNU has been identified as Judith LOPEZ' boyfriend. During this telephone call, Agent Miranda heard DURAN tell his mother to get "paperwork, documents, the list, and computer out of the house office." In addition, DURAN told his mother and the others not to open "la caja". The term "caja" can be translated into the English language as a box or safe. It is unknown at this time what DURAN was referring to by this statement.

Affidavit for Criminal Complaint
Affiant, Maria A. Gallais, ICE

14.    Agent Miranda reviewed another recorded telephone call made by DURAN on November 23, 2006 at approximately 1621 hours.  The call was placed to Florencia Argentina LOPEZ.  During this telephone call, Agent Miranda heard LOPEZ tell DURAN that she would "keep all the stuff".  It is unknown at this time what Lopez was referring to by this statement.  Also in this conversation, Agent Miranda heard DURAN state that there were "about 40 outside in the small bag."  Additionally, Agent Miranda learned that Yvette Aragon was in possession of a blue bag, possibly the aforementioned bag.  DURAN asked if "it had been counted together," and he instructed Florencia Lopez that she, Judith, and Yvette should "count it together."  I believe that the contents of the blue bag may include monetary instruments.

15.    Based on the information delineated above, I respectfully request that the Court find probable cause and issue a Criminal Complaint charging Florencia Argentina LOPEZ with violating Title 18 U.S.C. § 1505.

Maria A. Gallais
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to and subscribed before me this 1st day of December, 2006, and I find probable cause.

CALVIN BOTLEY
UNITED STATES MAGISTRATE JUDGE

Affidavit for Criminal Complaint
Affiant, Maria A. Gallais, ICE